# United States Court of Appeals
## For the First Circuit

_____

No. 14-2172

SHEILA REYES-ORTA; JOSÉ L. CASTILLO-CARRILLO;
CONJUGAL PARTNERSHIP CASTILLO-REYES,

Plaintiffs, Appellants,

v.

PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY; RUBÉN HERNÁNDEZ-GREGORAT, in his individual and official capacity as Secretary of Transportation and Public Works; BRENDA GOMILA-SANTIAGO, in her individual and official capacity as Executive Director of Human Resources; CÉSAR MALDONADO-VÁZQUEZ, in his individual and official capacity as Human Resources Specialist; INSURANCE COMPANY ABC,

Defendants, Appellees.
_____

**JUDGMENT**

Entered: January 25, 2016

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's grant of summary judgment on Plaintiffs' First Amendment claims is reversed, and the matter is remanded for the district court to reinstate the Puerto Rico law claims that it dismissed in its summary judgment order, see Fernández-Salicrup v. Figueroa-Sancha, 790 F.3d 312, 328 (1st Cir. 2015), and to conduct further proceedings in harmony with the opinion issued this day.


By the Court:

/s/ Margaret Carter, Clerk


cc:  Hon. Salvador E. Casellas, Ms. Frances de Moran, Clerk, United States District Court for the District of  Puerto Rico, Ms. Nieves, Mr. Colon, Mr. Frontera-Suau, Ms. Velez, Ms. Martinez-Lopez, Ms. Mercado-Echegaray, Ms. Padilla-Rodriguez, Ms. Rivera-Alvarado, Ms. Soto-Acaba.